# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00104 |
| | ) | Judge Trauger |
| | ) | |
| WILLIAM RENE GREEN | ) | |

## **O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Wednesday, August 1, 2012, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 25th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge